| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | jnadolenco@mayerbrown.com |
| | 350 South Grand Avenue, 25th Floor |
| 3 | Los Angeles, CA  90071-1503 |
| | Telephone: (213) 229-9500 |
| 4 | Facsimile:   (213) 625-0248 |
| 5 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KENNETH A. THELIAN, individually and on behalf of all others similarly situated, | Case No. 4:10-cv-03440-CW |
| Plaintiff | **STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME COURT'S DECISION IN** *AT&T MOBILITY LLC V. CONCEPCION*, **ORDER** |
| vs. | |
| AT&T MOBILITY LLC, NEW CINGULAR WIRELESS PCS LLC; NEW CINGULAR WIRELESS SERVICES, INC., | Dept: Courtroom 2, 4th Floor |
| | Judge:  Hon. Claudia Wilken |
| Defendants. | |

STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME
COURT'S DECISION IN *AT&T MOBILITY LLC V. CONCEPCION*; [~~PROPOSED~~] ORDER
Case No. 4:10-CV-03440-CW

28833683

Plaintiff Kenneth Thelian and Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. (collectively, "ATTM"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS:

1. On August 5, 2010, Thelian commenced this action by filing a complaint in this Court. In the complaint, Thelian asserts claims under federal and New York law on behalf of a putative nationwide class of ATTM customers.

2. The same day, Thelian filed an administrative motion to relate this case to *McArdle v. AT&T Mobility LLC*, No. CV-09-01117 (CW) (MEJ), indicating that the actions "appear to be related in that they are both class actions brought on behalf of similar classes, including roughly the same time period, name the same defendants, allege similar causes of action based on the same relevant events and allege the same damages." *Id.* at 1. The Court issued an order relating *McArdle* and *Thelian* on August 24, 2010.

3. Since July 20, 2010, the *McArdle* action has been stayed pending the U.S. Supreme Court's decision in *AT&T Mobility LLC v. Concepcion*, 09-893. *See* Order Granting Defendants' Motion for Reconsideration, Denying As Moot Defendants' Administrative Motion for Leave to Respond and Granting Defendants' Alternative Motion to Strike, *McArdle v. AT&T Mobility LLC*, No. CV-09-01117 (CW) (MEJ) (N.D. Cal. July 20, 2010). This Court had held that McArdle's arbitration agreement with ATTM is unconscionable under California law because it forbids class arbitration. In *Concepcion*, the Supreme Court likely will resolve whether the Federal Arbitration Act preempts this application of California unconscionability law, which may require the enforcement of McArdle's arbitration agreement.

4. The parties agree that a stay of proceedings pending *Concepcion* also is appropriate in the *Thelian* action. Thelian is an ATTM customer residing in California. Compl. ¶ 2. The enforceability of his agreement to arbitrate disputes with ATTM on an individual basis therefore may also turn on the outcome of *Concepcion*.

///

STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME COURT'S DECISION IN *AT&T MOBILITY LLC V. CONCEPCION*; [~~PROPOSED~~] ORDER
; Case No. 4:10-CV-03440-CW

28833683

1  / / /

2  NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

As with the *McArdle* action, this action is stayed pending the U.S. Supreme Court's final action in *Concepcion*. Within 14 days of the date of the decision in that action, the parties shall file a joint brief that offers a proposal on how the Court should proceed in the *McArdle* and *Thelian* actions in light of the decision in *Concepcion*.

Dated: September 7, 2010            MAYER BROWN LLP


                                    By:  /s/ John Nadolenco
                                         John Nadolenco

                                    JOHN NADOLENCO (SBN 181128)
                                    jnadolenco@mayerbrown.com
                                    350 South Grand Avenue, 25th Floor
                                    Los Angeles, CA  90071-1503
                                    Telephone: (213) 229-9500
                                    Facsimile:  (213) 625-0248

                                    Attorneys for Defendants


Dated: September 7, 2010            GUTRIDE SAFIER LLP


                                    By:  /s/ Seth A. Safier
                                         Seth A. Safier

                                    ADAM J. GUTRIDE
                                    adam@gutridesafier.com
                                    SETH A. SAFIER
                                    seth@gutridesafier.com
                                    835 Douglass Street
                                    San Francisco, CA  94114
                                    Telephone:  (415) 336-6545
                                    Facsimile:  (415) 449-6469

                                    Attorneys for Plaintiff

2
STIPULATION FOR STAY OF PROCEEDINGS PENDING THE U.S. SUPREME
COURT'S DECISION IN *AT&T MOBILITY LLC V. CONCEPCION*; [~~PROPOSED~~] ORDER
; Case No. 4:10-CV-03440-CW

28833683

**IT IS SO ORDERED.** The Case Management Conference set for December 14, 2010, is continued to March 15, 2011 at 2 p.m.

Dated: September 9, 2010

_____
Hon. Claudia Wilken
U.S. District Judge