1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
4  Facsimile:  (213) 625-0248

5  Attorneys for Defendants

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

12 KENNETH A. THELIAN, an individual, on          Case No. 4:10-cv-03440-CW
   behalf of himself, the general public, and those
13 similarly situated,                             **ORDER CONTINUING CASE**
                                                   **MANAGEMENT CONFERENCE**
14                   Plaintiff,
                                                   Dept: Courtroom 2, 4th Floor
15 vs.                                             Judge:  Hon. Claudia Wilken

16 AT&T MOBILITY LLC; NEW CINGULAR
   WIRELESS PCS LLC; and NEW CINGULAR
17 WIRELESS SERVICES, INC.,

18                   Defendants.

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER; Case No. 4:10-CV-03440-CW

1 | Having reviewed the Parties' stipulation and for good cause appearing, the Court hereby ORDERS that:

As with the *McArdle* action, the March 15, 2011 case management conference in this action is continued to July 26, 2011.

IT IS SO ORDERED:

Dated: <u>March 10, 2011</u>

_____
Hon. Claudia Wilken
United States District Court Judge