MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

MAYER BROWN LLP
KEVIN RANLETT (admitted *pro hac vice*)
kranlett@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

Attorneys for Defendants
AT&T Mobility LLC; New Cingular Wireless PCS LLC, New Cingular Wireless Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>    Defendants. | Case No. 4:10-cv-03440-CW<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

1 | Having reviewed the parties' stipulation and for good cause appearing, the Court hereby ORDERS that:

As with the *McArdle* action, the July 26, 2011 case management conference in this action is continued until August 9, 2011.

**IT IS SO ORDERED**

Dated: _____July 20_____ , 2011

_____
Hon. Claudia Wilken
United States District Court Judge