IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>　　Defendants.<br>_____　_____/ | No. C 10-3440 CW<br><br>ORDER GRANTING DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND STAY ACTION (Docket No. 32) |

Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC, and New Cingular Wireless Services, Inc. (collectively, ATTM) have filed a renewed motion to compel arbitration Plaintiff Kenneth Thelian's claims.[1]  Thelian did not oppose the motion and has therefore waived the issue.  Accordingly, the Court GRANTS ATTM's motion to compel arbitration and stay the action.  (Docket No. 32)  The case is stayed pending arbitration, which must be diligently pursued.[2]  Nothing contained in this order shall be considered a dismissal or disposition of this action, and, should further

---

[1] ATTM has also filed a renewed motion to compel arbitration in the related case, McArdle v. AT&T Mobility LLC, No. 09-1117.  The motion was opposed in that case and will be decided separately after oral argument.

[2] There appears to be no further reason at this time to maintain the file as open for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

proceedings become necessary or desirable, any party may move to restore the case to the Court's calendar.

IT IS SO ORDERED.

Dated: 7/3/2013

_____
CLAUDIA WILKEN
United States District Judge

2