IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. THELIAN, an individual, on behalf of himself, the general public and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC; NEW CINGULAR WIRELESS PCS LLC; and NEW CINGULAR WIRELESS SERVICES, INC.,<br><br>    Defendants. | No. C 10-3440 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

On July 3, 2013, the Court granted Defendants AT&T Mobility LLC, New Cingular Wireless PCS LLC's and New Cingular Wireless Services, Inc.'s unopposed motion to compel arbitration. Accordingly, the Court orders that the case shall be administratively closed, subject to reopening if a petition to enforce the arbitration award is filed.

IT IS SO ORDERED.

Dated: 9/9/2013

CLAUDIA WILKEN
United States District Judge